IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| TEVA PHARMACEUTICALS USA, INC. and MAYNE PHARMA INT'L PTY LTD., | ) ) ) ) | |
| Plaintiffs and Counterclaim Defendants, | ) ) | |
| v. | ) ) | C.A. No. 13-2002 (GMS) |
| FOREST LABORATORIES, INC., | ) ) ) | |
| Defendant and Counterclaim Plaintiff. | ) ) | |

**DECLARATION OF ROBERT B. WILSON IN SUPPORT OF
FOREST LABORATORIES, INC.'S OPENING CLAIM CONSTRUCTION BRIEF**

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@mnat.com
mnoreika@mnat.com

OF COUNSEL:

Peter J. Armenio, P.C.
Robert B. Wilson
Anne S. Toker
QUINN EMANUEL
URQUHART & SULLIVAN, LLP
51 Madison Avenue
New York, NY  10010
(212) 849-7000

*Attorneys for Defendant and Counterclaim
Plaintiff, Forest Laboratories, Inc.*

March 6, 2015

I, Robert B. Wilson, hereby declare as follows:

1.      I am a partner at Quinn Emanuel Urquhart and Sullivan, LLP, counsel for defendant Forest Laboratories, Inc. ("Forest") in the above-captioned case.  Except as otherwise indicated, I have personal knowledge of the facts set forth in this declaration, and could testify competently as to the matters set forth herein.  I make this declaration in support of  Forest's Opening Claim Construction Brief.

2.      Attached hereto as Exhibit 1 is a true and correct copy of Lorne M. Mendell, *Physiological Properties of Unmyelinated Fiber Projection to the Spinal Cord*, 16 Experimental Neurology, 316-332 (1966).


I declare under penalty of perjury that the foregoing is true and correct.  Executed in New York, New York, on March 6, 2015.

By:   */s/ Robert B. Wilson*
         Robert B. Wilson

## CERTIFICATE OF SERVICE

I hereby certify that on March 6, 2015, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on March 6, 2015, upon the following in the manner indicated:

Richard L. Horwitz, Esquire                    *VIA ELECTRONIC MAIL*
David E. Moore, Esquire
Bindu A. Palapura, Esquire
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE  19801
*Attorneys for Plaintiffs*

John S. Cipolla, Esquire                       *VIA ELECTRONIC MAIL*
Georgia Yanchar, Esquire
Malisheia O. Douglas, Esquire
CALFEE, HALTER & GRISWOLD LLP
The Calfee Building
1405 East Sixth Street
Cleveland, OH  44114-1607
*Attorneys for Plaintiffs*

*/s/ Maryellen Noreika*
_____
Maryellen Noreika (#3208)