# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TEVA PHARMACEUTICALS USA, INC. and MAYNE PHARMA INTERNATIONAL PTY LTD., <br><br> Plaintiffs, <br><br> v. <br><br> FOREST LABORATORIES, INC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) C.A. No. 13-2002-GMS <br> ) <br> ) **JURY TRIAL DEMANDED** <br> ) <br> ) <br> ) <br> ) <br> ) |

## STIPULATION AND ORDER TO AMEND THE SCHEDULING ORDER

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for Plaintiffs Teva Pharmaceuticals USA, Inc. and Mayne Pharma International Pty Ltd. and Defendant Forest Laboratories, Inc., subject to approval of the Court, that the deadlines set forth in the Scheduling Order (D.I. 20), as amended by the Stipulations Amending Scheduling Order (D.I. 67, 85), are further amended as follows:

| Teva/Mayne Event | Current Date | Proposed Date |
|---|---|---|
| Close of fact discovery | October 23, 2015 | November 25, 2015 |
| Opening expert reports due | November 13, 2015 | December 16, 2015 |
| Responsive expert reports due | November 30, 2015 | January 13, 2016 |
| Completion of expert depositions | January 7, 2016 | January 29, 2016 |
| Summary judgment letter briefs | January 14, 2016 | February 8, 2016 |
| Answering letter briefs | February 11, 2016 | February 24, 2016 |
| Reply letter briefs | March 3, 2016 | March 3, 2016 |

The parties request this extension to allow additional time to resolve issues that have arisen during fact discovery and to complete all other discovery. All other dates set forth in the Scheduling Order remain unchanged. Specifically, while the parties respectfully request changes to the dates for opening and opposition letters regarding summary judgment issues, they do not request any change to the date for reply letters, so the parties' submissions would be complete by the same date previously set by the Court.

Respectfully submitted,

| POTTER ANDERSON & CORROON LLP | MORRIS, NICHOLS, ARSHT & TUNNEL LLP |
|---|---|
| By: */s/ David E. Moore*<br>Richard L. Horwitz (#2246)<br>David E. Moore (#3983)<br>Bindu A. Palapura (#5370)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, DE  19801<br>Tel:  (302) 984-6000<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com<br>bpalapura@potteranderson.com | By: */s/ Maryellen Noreika*<br>Jack Blumenfeld (#1014)<br>Maryellen Noreika (#3208)<br>1201 North Market Street<br>P. O. Box 1347<br>Wilmington, DE  19899<br>Tel:  (302) 658-9200<br>jblumenfeld@mnat.com<br>mnoreika@mnat.com |
| *Attorneys for Plaintiffs Teva Pharmaceuticals USA, Inc. and Mayne Pharma International Pty Ltd.* | *Attorneys for Defendant Forest Laboratories, Inc.* |

Dated:  October 23, 2015
1207316 / 40539

IT IS SO ORDERED, this _____ day of _____ 2015.

_____
U.S.D.J.